GOLDEN RULE INSURANCE
COMPANY, Plaintiff,

v.

ESTATE OF Walter P. WESTMEYER,
Deceased, et al., Defendants.

No. 85–1590C(1).

United States District Court,
E.D. Missouri, E.D.

Oct. 27, 1987.

### ORDER

NANGLE, District Judge.

IT IS HEREBY ORDERED that the parties' joint petition and stipulation be and is granted.

IT IS FURTHER ORDERED that the Court's judgment, memorandum, and order of January 9, 1987, 651 F.Supp. 1057, be and are vacated.

IT IS FURTHER ORDERED that the Court's order and memorandum of January 9, 1987, be and are withdrawn from publication.